# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ◯ NO  **DOCKET NUMBER:** 3:21-cr-234-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** :US vs | Gregory Maxwell Palmer |
| **COUNTY OF OFFENSE** : | Mecklenburg |
| **RELATED CASE INFORMATION** : | |
| Magistrate Judge Case Number : | |
| Search Warrant Case Number : | |
| Miscellaneous Case Number : | |
| Rule 20b : | |
| **SERVICE OF PROCESS** : | Arrest Warrant |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C. § 1425(a), 18 U.S.C. § 1542

**JUVENILE:** ◯ Yes  ⦿ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Kenneth Smith |
| **VICTIM/WITNESS COORDINATORS:** | Lynne Crout |
| | |
| **INTERPRETER NEEDED** : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |