UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00234-FDW-DSC

| | |
|---|---|
| USA, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>GREGORY MAXWELL PALMER, )<br> )<br> Defendant. )<br> ) | ORDER |

THIS MATTER is before the Court on Defendant's Objections (Doc. No. 34) to Magistrate Judge Cayer's Memorandum and Recommendation ("**M&R**"). (Doc. No. 31). Defendant seeks review of the M&R's recommendation that this court deny Defendant's Motion to Dismiss Indictment for Pre-Indictment Delay, (Doc. No. 17).

The Court hereby ORDERS the Government to respond to Defendant's Objections to the M&R, (Doc. No. 34). The Government shall have **fourteen (14) days** from the date of this Order to file its response with the Court, up to and including **December 5, 2022**. After reviewing all the pleadings, the Court will determine whether an evidentiary hearing is necessary, as requested by Defendant. (See Doc. No. 34, p. 18–20).

IT IS SO ORDERED.

Signed: November 21, 2022

_____
Frank D. Whitney
United States District Judge