UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00234-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF HEARING |
| GREGORY MAXWELL PALMER, ) | |
| ) | |
| Defendant. ) | |

TAKE NOTICE that a hearing on Defendant's Motion to Suppress, (Doc. No. 47), will take place before the undersigned on Monday, March 13, 2023, at 10:00 a.m. in Courtroom #5B of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.

IT IS SO ORDERED.

Signed: March 7, 2023

Frank D. Whitney
United States District Judge

1