UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00234-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GREGORY MAXWELL PALMER, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Suppress, (Doc. No. 47), which seeks to suppress statements made by Defendant during a December 11, 2012, phone call and during Mr. Palmer's December 13, 2012, arrest at the Gastonia Police Department and to also exclude any reference to any communications during these times. The Government initially filed a brief in opposition to the motion, (Doc. No. 52), and continues to oppose the motion; however, the Government now contends it does not intend to introduce these statements at trial such that the motion is moot, (Doc. No. 83). In light of the Government's representation that it no longer plans to introduce the statements sought to be suppressed, the motion shall be DENIED AS MOOT. In so ruling, the Court expresses no opinion on the merits of the parties' arguments.

IT IS THEREFORE ORDERED that Defendant's Motion to Suppress, (Doc. No. 47), is DENIED AS MOOT, and the hearing set for Monday, March 13, 2023, at 10:00 a.m. is hereby cancelled. The Court will address the parties' pending motions in limine prior to the start of trial on Tuesday, March 14, 2023.

IT IS SO ORDERED.

Signed: March 10, 2023

Frank D. Whitney
United States District Judge