UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CR-00234-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GREGORY MAXWELL PALMER, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the Government's Motion to Revoke Citizenship, (Doc. No. 105), and Defendant's Motion to Stay and Hold in Abeyance the Government's Motion to Revoke pending his appeal, (Doc. No. 106). Having considered the parties' briefs and pursuant to Rule 38(g) of the Federal Rules of Criminal Procedure, the Court finds, taking into consideration judicial economy and the most efficient use of the Court's resources, that a stay of the denaturalization proceedings is warranted in this case.

**IT IS, THEREFORE, ORDERED** that the Motion to Stay, (Doc. No. 106), is GRANTED. The Government shall file a motion to lift the stay within three (3) days of the issuance of the mandate from the Fourth Circuit Court of Appeals, and Defendant shall notify the Court within three (3) days of receiving notice that Defendant is scheduled to be released from custody if such release is scheduled prior to resolution of the appeal in this matter.

**IT IS SO ORDERED.**

Signed: July 26, 2023

Frank D. Whitney
United States District Judge